IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOE H. ANDERSON,

    Plaintiff,

v.                                                               No. 23-cv-0024 WJ-KRS

BOARD OF COMMISSIONERS OF BERNALILLO COUNTY, *et al*,

    Defendants.

## ORDER TO CURE DEFICIENCIES

This matter is before the Court on Plaintiff's Letter Regarding Civil Rights Claims (Doc. 1) (Letter). Plaintiff is detained at the Metropolitan Detention Center (MDC) and is proceeding *pro se*. The Letter indicates he wishes to file a 42 U.S.C. § 1983 civil rights complaint. On January 10, 2023, the Clerk's Office sent Plaintiff a blank civil rights complaint and a blank motion to proceed *in forma pauperis*. Plaintiff must return the completed civil rights complaint within thirty (30) days of entry of this Order. By the same deadline, Plaintiff must also prepay the $402 filing fee or, alternatively, file a motion to proceed *in forma pauperis* along with an inmate account statement reflecting transactions between July 9, 2022 and January 9, 2023. The failure to timely comply with both directives will result in dismissal of this case without further notice.

**IT IS ORDERED** that within thirty (30) days, Plaintiff must: (1) file a complaint; and (2) prepay the $402 filing fee or submit an *in forma pauperis* motion that attaches an inmate account statement reflecting transactions between July 9, 2022 and January 9, 2023.

                                                                 _____
                                                                 UNITED STATES MAGISTRATE JUDGE