IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOE H. ANDERSON,

    Plaintiff,

v.                                             No. 23-cv-0024 WJ-KRS

BERNALILLO COUNTY
METROPOLITAN DETENTION CENTER, *et al*,

    Defendants.

## ORDER TO SHOW CAUSE

    This matter comes before the Court on Plaintiff's failure to prosecute his Amended Prisoner Civil Rights Complaint (Doc. 3). Plaintiff filed the Amended Complaint while incarcerated at the Metropolitan Detention Center in Albuquerque, New Mexico. Several recent mailings to Plaintiff were returned as undeliverable with the notation "Not in Custody," *see* Docs. 6, 7, and he has not provided a current address as required by D.N.M. LR-Civ. 83.6.

    **IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall notify the Clerk in writing of his new address or show cause why this action should not be dismissed. The failure to timely comply will result in dismissal without further notice.

_____
UNITED STATES MAGISTRATE JUDGE